IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 5:13CR5DCB-FKB

PAUL WINFIELD

## FINAL ORDER OF FORFEITURE

Before the Court is the Government's Motion for a Final Order of Forfeiture. [Ct. Doc. # 31]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on September 16, 2013, this Court entered an Agreed Preliminary Order of Forfeiture [Ct. Doc. #26], ordering Defendant **PAUL WINFIELD** to forfeit a **$7,000.00 MONEY JUDGMENT** ("the Subject Property"); and

WHEREAS, no ancillary hearing is required since the forfeiture provides for a money judgment; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a **$7,000.00 MONEY JUDGMENT** is hereby forfeited to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that this order will be enrolled in all appropriate Judgment Rolls; and

SO ORDERED, ADJUDGED, AND DECREED this the  26th  day of November, 2013.


                                                  s/David Bramlette  
                                                 UNITED STATES DISTRICT JUDGE